Warren E. Platt  (154086)
wplatt@swlaw.com
Jay J. Schuttert (*pro hac vice*)
jschuttert@swlaw.com
Katie A. Richardson (238260)
karichardson@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California  92626-7689    Note: Changes made to this document
Telephone:   (714) 427-7000
Facsimile:    (714) 427-7799

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MANUELA MERAZ and JESUS MERAZ,<br><br>           Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation; AARON BROTHERS RENTALS, a Colorado corporation; and DOES 1 through 10, inclusive,<br><br>           Defendants. | No. CV13-00260 PSG (VBKx)<br><br>Assigned for all purposes to Hon. Philip S. Gutierrez<br>Courtroom 880<br><br>**STIPULATED ORDER GOVERNING PLAINTIFFS' ACCESS TO WWW.FORDDOCS.COM** |

   The parties having agreed to the following in the Stipulation Governing Plaintiffs' Access to www.forddocs.com, filed in this action on February 12, 2014 (the "Stipulation"), IT IS HEREBY ORDERED that:

   The Confidentiality Order entered in *In re Bridgestone/Firestone, Inc. ATX, ATXII, and Wilderness Tires Products Liability Litigation*, MDL No. 373, and attached as Exhibit A to the Stipulation, shall govern Plaintiffs' access to "Confidential Material" as defined by the Confidentiality Order and furnished by Ford in connection with MDL No. 373.

IT IS SO ORDERED.

RE PARA. 10: Subject to Order of District Judge.

DATED: February _13_, 2014           _____/s/_____
                                      HON. VICTOR B. KENTON
                                      UNITED STATES MAGISTRATE JUDGE

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

2   Case No. CV13-00260 PSG (VBKx)
[PROPOSED] ORDER RE ACCESS TO FORDDOCS.COM